**McMAHON, BERGER, HANNA,
LINIHAN, CODY & McCARTHY**
James N. Foster, Jr.
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131
(314) 567-7350
(314) 567-5968 - Facsimile

**ELAM, GLASGOW & CHISM**
Randy Chism
127 South 1st Street
Union City, Tennessee 38261
(731) 885-2011
(731) 885-6469 - Facsimile

<u>Attorneys for Defendants:</u>
**INTERNATIONAL MILL SERVICES and
ENVIROSOURCE, INC.**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **RANDY MAYS and wife, TERESA MAYS** ) ) ) | Case No.: 05-1367 T/An |
| Plaintiffs, ) ) | <u>ORDER OF SPECIAL ADMISSION FOR JAMES N. FOSTER, JR.</u> |
| vs. ) ) | |
| **INTERNATIONAL MILL SERVICES and ENVIROSOURCE, INC.** ) ) ) ) | |
| Defendants. ) | |

Defendant's Motion for Admission of Counsel Pro Hac Vice of James N. Foster, Jr. is hereby granted.

SO ORDERED:

Dated: _20 December 2005_     _James D. Todd_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12-07-05__

128090.1

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _____ day of November/December 2005, served a true and correct copy of the foregoing on the following by depositing same with the United States Postal Service, first class, postage pre-paid, addressed as follows:

Mitchell G. Tollison, Esq.
Tollison Law Firm
P.O. Box 11028
Jackson, Tennessee 38308

_____

128090.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01367 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

Randy N. Chism
ELAM GLASGOW & CHISM
127 South 1st Street
Union City, TN 38261

Mitchell G. Tollison
TOLLISON LAW FIRM
PO Box 11028
Jackson, TN 38308

James N. Foster
MCMAHON BERGER HANNA LINIHAN CODY & MCCARTHY
2730 North Ballas Road
Ste. 200
St. Louis, MO 63131--303

Honorable James Todd
US DISTRICT COURT